GEORGE E. FARLEY, Respondent, v. THE CITY OF NEW YORK, Appellant.—
Order setting aside verdict and granting a new trial unanimously affirmed, with
costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and
Lazansky, JJ.

ESTHER GREENBERG, Respondent, v. JACOB GREENBERG, Appellant.— Order
granting plaintiff alimony in an action for separation affirmed, with ten dollars
costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Manning,
Kapper and Lazansky, JJ.

JOHN J. HALLIGAN, Appellant, v. JACOB PORTE and Others, Respondents.—
Orders reversed on the law, with ten dollars costs and disbursements, and under-
taking canceled and *lis pendens* restored. The learned court below, under the
complaint disclosed here, was without power to make the orders appealed from.
(*Mills* v. *Bliss*, 55 N. Y. 139; *Wolinsky* v. *Okun*, 111 App. Div. 536; *Tishman* v.
*Acritelli*, Id. 237.) Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.,
concur.

BENJAMIN HYMAN, Respondent, v. LEE RAMSEY and Another, Appellants.—
We think the defendants made out a case entitling them to the order sought,
and the order denying the motion to change the place of trial is, therefore, reversed
on the law, with ten dollars costs and disbursements, and motion granted, without
costs. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MORRIS HYMAN, Respondent, v. LEE RAMSEY and Another, Appellants.—
We think the defendants made out a case entitling them to the order sought,
and the order denying the motion to change the place of trial is, therefore, reversed
on the law, with ten dollars costs and disbursements, and motion granted, without
costs. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to
Certain Lands and Premises Located on the Southerly Side of Newkirk Avenue,
between Westminster Road and Coney Island Avenue, etc. GREATER NEW
YORK DEVELOPMENT COMPANY and Another, Appellants.— Final decree and awards
unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich,
Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, for
a Writ of Certiorari Directed to FRANCIS D. HAIGHT and Others, as Assessors,
etc., of the Town of Carmel, Putnam County, New York, Respondents. (Taxes
of 1916.) — Final order confirming report of referee unanimously affirmed, with
costs. We strike out findings " XX " and " XXV " of the referee's report, and
findings " XX " and " XXV " of the decision of the Special Term, on the ground.
that they are immaterial. The evidence and the findings both of the referee and
of the Special Term made thereon satisfy us that the matter of the reasonable
annual value to the relator of the stored waters in the two reservoirs did not enter
into or form part of either the report or decision as to the reasonable value of the
lands and structures and the percentage of assessment thereon. Present — Kelly,
P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of ROCCO MARINO and Another to Sell and
Convey a Certain Piece of Real Property in which ROCCO LOYA, an Infant, etc.,
is Interested. HERMANN N. HOLDE, Special Guardian, etc., Appellant; FRANK
CALIMERO and Another, Purchasers, Respondents.— Order granting motion for
return of down payment on contract affirmed, without costs. The infancy